NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RITA WING, individually and as Executrix of the Estate of Joseph Wing,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MARITIME OFFICER'S PLAN, et al.,<br><br>Defendants. | Civil Action No.: 11-2489 (JLL)<br><br><br>**O R D E R** |

This matter comes before the Court by way of Defendant's motion to dismiss Plaintiff's original complaint [Docket Entry No. 6], and it appearing that:

1. Plaintiff's original complaint was filed on April 29, 2011.

2. On June 24, 2011, Defendant filed a motion to dismiss Plaintiff's original complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. On July 14, 2011, Plaintiff filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Accordingly, **IT IS** on this **19th day of July, 2011,**

**ORDERED** that Defendant's motion to dismiss Plaintiff's original complaint [Docket Entry No. 6] is denied as moot inasmuch as Plaintiff's original complaint is no longer the operative complaint in this matter.

**IT IS SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE